UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRAD ALEN MATHIS-MATHEWS,<br><br>Plaintiff,<br><br>v.<br><br>WHITE HOUSE and FED REG,<br><br>Defendants. | No. 2:22-cv-01071-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 27, 2022 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 3.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 27, 2022 (ECF No. 3) are ADOPTED in full; and

2. All claims against all Defendants are DISMISSED with prejudice.

**DATED: September 13, 2022**

Troy L. Nunley
United States District Judge